IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:93CR28-04

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| FREDERICK L. JOHNSON ) | |
| _____) | |

THIS MATTER IS BEFORE THE COURT upon defendant's *pro se* "Motion to Terminate Supervised Release" filed October 25, 2006 [doc. 50].

For cause shown, the motion is GRANTED effective the date of the signing of this Order.

IT IS SO ORDERED.

Signed: November 8, 2006

Graham C. Mullen
United States District Judge